# EXHIBIT A
## River Bend Cash's "Standard Biweekly Loan" as of June 30, 2020

6/30/2020 

Sample Loan Table - RiverbendCash.com



(/Web/home/)

🔒 CUSTOMER LOGIN (/WEB/ACCOUNT/)

## SAMPLE LOAN INFORMATION

THE FOLLOWING EXAMPLES ARE REPRESENTATIVE OF LOANS AND REPAYMENT SCHEDULES FOR RIVERBEND CASH CUSTOMERS.

Please Note: You always have the option to repay the loan in full with no prepayment penalty. In fact, RiverbendCash.com encourages the accelerated reduction of loan principal to reduce the total number of payments made by the customer, thereby reducing the overall cost of credit.

**Standard Biweekly Loan**
**TRUTH IN LENDING DISCLOSURE STATEMENT**

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 779.76% | $2,517.02 | $500.00 | $3,017.02 |

*Your Payment Schedule:*

Chat

# EXHIBIT A
## River Bend Cash's "Standard Biweekly Loan" as of June 30, 2020

6/30/2020                              Sample Loan Table - RiverbendCash.com



| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 19 | $150.80 | On every other Friday beginning 06/12/2020 |
| 1 | $151.82 | 03/05/2021 |

**Standard Monthly Loan**

**TRUTH IN LENDING DISCLOSURE STATEMENT**

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 775.89% | $1,669.27 | $400.00 | $2,069.27 |

*Your Payment Schedule:*

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 9 | $206.95 | On the 15th day of each month beginning 06/15/2020 |
| 1 | $206.72 | 03/15/2021 |

GENERAL

HOME (/WEB/HOME/)

ACCOUNT (/WEB/ACCOUNT/)

APPLY (/WEB/APPLY-NOW/)

Chat

# EXHIBIT B
## Skytrail Cash's "Standard Interest Rate" as of June 30, 2020

6/30/2020                                                                 SkyTrailCash.com



Promo Code  Login

## Sample Loan Information

THE FOLLOWING TABLE PROVIDES AN EXAMPLE OF A PAYMENT SCHEDULE FOR AN INITIAL LOAN AMOUNT OF $400.00

Please Note: You always have the option to pay the loan off in full with no pre-payment penalty. In fact, SkyTrailCash.com encourages the accelerated reduction of loan principal to reduce the total number of payments made by the customer, thereby reducing the overall cost of credit.

| STANDARD MONTHLY LOAN | | | |
|---|---|---|---|
| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments |
| 780.30% | $1,661.35 | $400.00 | $2,061.35 |
| Sample Payment Schedule | | | |
| Payment Number | Payment Amount | Payment Due On | |
| 1 | $206.08 | 06/15/2020 | |
| 2 | $206.08 | 07/15/2020 | |
| 3 | $206.08 | 08/14/2020 | |
| 4 | $206.08 | 09/15/2020 | |
| 5 | $206.08 | 10/15/2020 | |

Chat

https://www.skytrailcash.com/Web/sample-loan-table                                            1/5

# EXHIBIT B
## Skytrail Cash's "Standard Interest Rate" as of June 30, 2020

6/30/2020                                    SkyTrailCash.com

| | | |
|---|---|---|
| 6 | $206.08 | Chat |
| 7 | $206.08 | 12/15/2020 |
| 8 | $206.08 | 01/15/2021 |
| 9 | $206.08 | 02/15/2021 |
| 10 | $206.63 | 03/15/2021 |

THE FOLLOWING TABLE PROVIDES AN EXAMPLE OF A PAYMENT SCHEDULE FOR AN INITIAL LOAN AMOUNT OF $500.00

Please Note: You always have the option to pay the loan off in full with no pre-payment penalty. In fact, SkyTrailCash.com encourages the accelerated reduction of loan principal to reduce the total number of payments made by the customer, thereby reducing the overall cost of credit.

| STANDARD BI-WEEKLY LOAN | | | |
|---|---|---|---|
| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments |
| 779.85% | $2,515.56 | $500.00 | $3,015.56 |
| Sample Payment Schedule | | | |
| Payment Number | Payment Amount | Payment Due On | |
| 1 | $150.75 | 06/12/2020 | |
| 2 | $150.75 | 06/26/2020 | |
| | | Chat | |

# EXHIBIT C
## Blue Dart's LinkedIn as of June 30, 2020



# EXHIBIT C
## Blue Dart's LinkedIn as of June 30, 2020

6/30/2020                                     Blue Dart Ventures, LLC Mission Statement, Employees and Hiring | LinkedIn

| | |
|---|---|
| Website | http://www.bluedartventures.com ↗ |
| Industries | Marketing and Advertising |
| Company size | 11-50 employees |
| Headquarters | Prairie Village, Kansas |
| Type | Privately Held |
| Founded | 2016 |
| Specialties | Human Resources, Development & IT, Accounting, Compliance, Marketing, Advertising |

## Locations

Primary
2310 W. 75th St
Prairie Village, Kansas 66208, US
Get directions

## Employees at Blue Dart Ventures, LLC

**Steve St Arnold**
President at Blue Dart Ventures LLC

**Michael Hewitt**
Software Developer at Blue Dart Ventures, LLC

**Jason Morrow**
Treasury Manager

**Bethanie White**
Director of Marketing at Blue Dart Ventures, LLC

# EXHIBIT D
## Plaintiff's RBC Loan Agreement, Excerpt

9/20/2020        https://www.riverbendcash.com/Web/loan-agreement?loan=379532

**Date:**     11/14/2018

### LOAN AGREEMENT
### And Disclosure Statement

**This is our Agreement with you evidencing the terms of your Installment Loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

In this Agreement the words "you" and "your" mean the Borrower. The words "we," "us" and "our" refer to Riverbend Finance, LLC d/b/a RiverbendCash.com. We are a sovereign enterprise that is an economic development arm of, and wholly-owned and controlled by the Fort Belknap Indian Community (the "Tribe"), a federally-recognized sovereign American Indian Tribe. This means that your loan is provided by a sovereign government and the proceeds of our business fund governmental services for citizens of the Tribe. Disclosures in this Agreement are also terms of it.



| BORROWER   JASSID TILLMAN | CREDITOR: Riverbend Finance, LLC |
|---|---|
| ADDRESS |          d/b/a RiverbendCash.Com |
| CITY ███████ | ADDRESS: P.O. Box 557 |
| STATE ███████ |           Ft. Belknap Agency |
| |           Hays, MT 59527 |
| PHONE ███████ | PHONE: (888) 387-1977 |
| EMAIL ███████ | EMAIL: CustomerService@RiverbendCash.com |

#### TRUTH IN LENDING DISCLOSURE STATEMENT

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| **779.86%** | **$1580.33** | $600.00 | $2,180.33 |

*Your Payment Schedule:*

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 1 | $167.71 | 11/23/2018 |
| 12 | $167.71 | On every other Friday beginning 12/07/2018 |

Late Payment Fee: If a payment is not paid within five (5) calendar days you will pay a late fee in an amount equal to 10% of the amount of the payment not paid in full.

Prepayment: If you pay off early, you will not have to pay a penalty.

See your Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

# EXHIBIT D
## Plaintiff's RBC Loan Agreement, Excerpt

9/20/2020                                    https://www.riverbendcash.com/Web/loan-agreement?loan=379532

ITEMIZATION OF AMOUNT FINANCED

Loan Amount Financed $600.00

Amount Provided to You $600.00

**Your Promise to Pay:** You promise to pay your loan together with finance charges and any other amounts due under this Agreement.

**Finance Charge Rate:** This is a 'simple finance charge' loan. Your loan bears finance charges on the outstanding principal from the date your loan proceeds are disbursed to you until paid in full, at a fixed rate of 779.86% per year. Your actual finance charges may be more than the disclosed Finance Charge if you make your payments late or less if you make your payments early. Finance charges are earned by us on a daily basis by applying the finance charge rate to your unpaid principal balance (without including any accrued Late Payment Fees, Returned Payment Fees, finance charges or other fees and charges) for the time that your principal balance is owed based on a 365-day year. We will apply payments first to any Late Payment Fees, Returned Payment Fees and other fees and charges under this Agreement, then to finance charges and lastly to the unpaid principal balance of your loan.

**Prepayment:** You may prepay all or part of the amount you owe on your loan at any time without penalty. Partial prepayments will not change the amount or due date of your remaining payments until your loan is paid in full.

**Late Payment Fees:** If we do not receive payment in full within five (5) calendar days after the date it is due, then we may charge you a Late Payment Fee equal to 10% of the amount of the payment not paid in full.

**Returned Payment Fees:** If your payment is returned unpaid by your bank for any reason, then you agree to pay us a Returned Payment Fee of $30.00. Your Returned Payment Fee may also cause your payment to be late, which could result in you also having to pay a Late Payment Fee.

**Accepting Payments:** We can accept late or partial payments, as well as payments marked "paid in full" or with other restrictive endorsements, without losing any of our rights under this Loan Agreement.

**Default:** We can consider you in default if:
- you do not pay as required by this Agreement;
- you fail to perform any of your other obligations provided in this Agreement;
- you become bankrupt or insolvent;
- you die or are declared incompetent; or
- you provided us false or misleading information when you applied for your loan.

**Remedies:** If you default, at our option we can accelerate the entire unpaid amount of your loan and declare the unpaid balance immediately due and payable, after giving you any notice and opportunity to cure the default required by applicable law.

**Other Rights:** We can delay enforcing any of our rights under this Agreement without losing them. We can enforce this Agreement against your heirs and legal representatives.

**Waiver:** We may give up some of our rights under this Agreement. If we give up any of our rights in one situation, we do not give up the same right in another situation.

**Enforceability:** If any part of this Agreement is found to be void or unenforceable, all other parts of this Agreement will still apply.

**Entire Agreement:** This Agreement contains the entire agreement between you and us relating to your loan and this Agreement. Any change to this Agreement must be in writing and we must sign it. No oral changes can be made.

**Cancellation:** You may cancel your payment obligations under this Loan Agreement, without cost or finance charges, no later than 5:00 p.m. Mountain Time of the next business day immediately following the Disbursement Date ('Cancellation Deadline'). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us **in writing**, by or before the Cancellation Deadline, either by email to

# EXHIBIT E
## Plaintiff's FactorTrust Consumer Disclosure, RBC Loan Tradeline

FactorTrust                                                    https://www.factortrust.com/consumer/Report.aspx

**FactorTrust**

**Consumer Disclosure Credit Report**

**Report Number: 0000018796**

**Report Date: 1/18/2020**

To view a summary of your rights under the Fair Credit Reporting Act, please click on the following link: https://www.factortrust.com/Consumer/content
/Summary_of_Consumer_Rights_FCRA.pdf

| Subject |
|---|
| Name: jassid tillman |
| In File since: 12/17/2015 |
| Dispute Date: |

**ADDRESSES**



**DRIVER LICENSES**



# EXHIBIT E
## Plaintiff's FactorTrust Consumer Disclosure, RBC Loan Tradeline

FactorTrust                                                    https://www.factortrust.com/consumer/Report.aspx

**Public Records sourced by LexisNexis®**

**TRADES**

| Lender Name | Customer ID | Consumer Contact | Credit Type | Date Opened | Date Last Reported | High Credit/Limit | Balance | Past Due Amt | Terms | Loan Status | 15 | 30 | 60 | 90 | 120 | 150+ | Months Reviewed | Loan ID | Dispute Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RBC Servicing, LLC | 2778 | 1614 Hampton Road Texarkana, TX 75503 888-387-1977 customerservice@riverbendcash.com | PD | 11/15/2018 | 11/23/2018 | $600.00 | $760.00 | $760.00 | 15 | Past due | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 95529359 | |

# EXHIBIT F
## Riverbendcash.com Domain Name Registration Records

```
Domain: riverbendcash.com
Record Date: 2012-03-25
Registrar: GODADDY.COM, LLC
Server: whois.godaddy.com
Created: 2012-03-23
Updated: 2012-03-23
Expires: 2014-03-23

Record:
Registrant:
    My Cash Center, LLC
    1614 Hampton Rd
    Texarkana, Texas 75501
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: RIVERBENDCASH.COM
        Created on: 23-Mar-12
        Expires on: 23-Mar-14
        Last Updated on: 23-Mar-12

    Administrative Contact:
        Humphrey, John   jhumphrey@dmpinvestments.net
        My Cash Center, LLC
        1614 Hampton Rd
        Texarkana, Texas 75501
        United States
        +1.9037940013      Fax --

    Technical Contact:
        Humphrey, John   jhumphrey@dmpinvestments.net
        My Cash Center, LLC
        1614 Hampton Rd
        Texarkana, Texas 75501
        United States
        +1.9037940013      Fax --

    Domain servers in listed order:
        NS61.DOMAINCONTROL.COM
        NS62.DOMAINCONTROL.COM
```

# EXHIBIT G
## Riverbendcash.com IP Address Information



| | |
|---|---|
| IP Address and Server Location | |
| 🇺🇸 Dallas, TX, US | |
| Location | Dallas, Texas, 75270, United States |
| Latitude | 32.7787 / 32°46'43" N |
| Longitude | -96.8217 / 96°49'18" W |
| Timezone | America/Chicago |
| Local Time | 2020-06-30 11:01:36-05:00 |
| IPv4 Addresses | 50.116.18.253 |

# EXHIBIT H
## Google Street View for 1614 Hampton Rd., Texarkana, TX



# EXHIBIT I
## Domain Registration Records for skytrailcash.com

**Whois Record on Jun 21, 2012**

```
Registrant:
    My Cash Center, LLC
    1614 Hampton Rd
    Texarkana, Texas 75501
    United States

    Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
    Domain Name: SKYTRAILCASH.COM
        Created on: 19-Jun-12
        Expires on: 19-Jun-14
        Last Updated on: 19-Jun-12

    Administrative Contact:
        Humphrey, John   jhumphrey@dmpinvestments.net
        My Cash Center, LLC
        1614 Hampton Rd
        Texarkana, Texas 75501
        United States
        +1.9037940013

    Technical Contact:
        Humphrey, John   jhumphrey@dmpinvestments.net
        My Cash Center, LLC
        1614 Hampton Rd
        Texarkana, Texas 75501
        United States
        +1.9037940013

    Domain servers in listed order:
        NS09.DOMAINCONTROL.COM
        NS10.DOMAINCONTROL.COM
```

No adjacent screenshot
available for this date.

# EXHIBIT J
## Plaintiff's Experian Disclosure, September 17, 2020, Inquiries Excerpt



9/17/2020                                          Experian - Access your credit report

**Account name**                               **Date of request(s)**
CLARITY/NIIZHWAASWI                              04/10/2020
                                                 03/02/2020

597 PEACE PIPE RD
LAC DU FLAMBEAU, WI 54538
*No phone number available*

**Account name**                               **Date of request(s)**
CLARITY/NIIZHWAASWI                              04/10/2020
                                                 03/02/2020

597 PEACE PIPE RD
LAC DU FLAMBEAU, WI 54538
*No phone number available*

**Account name**                               **Date of request(s)**
CLARITY/NIIZHWAASWI                              03/02/2020

597 PEACE PIPE RD
LAC DU FLAMBEAU, WI 54538
*No phone number available*

23/30

# EXHIBIT J
## Plaintiff's Experian Disclosure, September 17, 2020, Inquiries Excerpt



9/17/2020                                   Experian - Access your credit report

**Account name**                                **Date of request(s)**
CLARITY SERVICES INC                            10/03/2019

PO BOX 5717                                     **Comments**
CLEARWATER, FL 33758                            On behalf of LOAN AT LAST (5940) for 30
866 390 3118

25/30

# EXHIBIT J
## Plaintiff's Experian Disclosure, September 17, 2020, Inquiries Excerpt

9/17/2020                                    Experian - Access your credit report

**Account name**
CLARITY SERVICES INC

PO BOX 5717
CLEARWATER, FL 33758
866 390 3118

**Date of request(s)**
11/14/2018
09/25/2018
**Comments**
On behalf of SKY TRAIL CASH (5962) for 30

**Account name**
SKY TRAIL CASH

597 PEACE PIPE RD FL 2
LAC DU FLAMBEAU, WI 54538
*No phone number available*

**Date of request(s)**
11/14/2018

**Account name**
CLARITY SERVICES INC

PO BOX 5717
CLEARWATER, FL 33758
866 390 3118

**Date of request(s)**
09/25/2018

**Comments**
On behalf of SKY TRAIL CASH (5962) for 30

**Account name**
CLARITY SERVICES INC

**Comments**
On behalf of ARROWONE (2958) for 30

**Date of request(s)**
09/25/2018

**Account name**
CLARITY SERVICES INC

**Date of request(s)**
09/25/2018

27/30

# EXHIBIT J
## Plaintiff's Experian Disclosure, September 17, 2020, Inquiries Excerpt

9/17/2020                                Experian - Access your credit report

PO BOX 5717                              **Comments**
CLEARWATER, FL 33758                     On behalf of SKY TRAIL CASH (5962) for 30
*No phone number available*



Important messages

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

Some of the information contained in your consumer disclosure may have been obtained from another consumer reporting agency, Clarity Services Inc. Information may be reflected differently, and additional information may be available. To view all information maintained by Clarity Services Inc., at no charge to you, please call (866) 390-3118 or submit your request by Po Box 5717, Clearwater, FL 33578.

Know your rights

**Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**A Summary of Your Rights under the Fair Credit Reporting Act**
The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment or to take another adverse action against you must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"), You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
a person has taken adverse action against you because of information in your credit report;
you are the victim of identify theft and place a fraud alert in your file;
your file contains inaccurate information as a result of fraud;
you are on public assistance;
you are unemployed but expect to apply for employment within 60 days.

All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

# EXHIBIT K
## Inquiry Appearing on unrelated Consumer's FactorTrust Disclosure

| | | |
|---|---|---|
| Previous Account Inquiry Detail 2 Date | 09252015 | |
| Previous Account Inquiry Detail 2 CustName | CREDITSERV / LOANATLAST | |
| Previous Account Inquiry Detail 2 State | CA | |
| Previous Account Inquiry Detail 2 Zip | 900383989 | |
| Previous Account Inquiry Detail 2 Date | 09252015 | |

# EXHIBIT L
## Plaintiff's FactorTrust Consumer Disclosure, January 18, 2020, Inquiries Excerpt

FactorTrust                                                                    https://www.factortrust.com/consumer/Report.aspx

**BANK ACCOUNTS**



**PAYMENTS**



**INQUIRIES INITIATED BY CONSUMER ACTION**
Inquiries Initiated By Consumer Action refers to inquiries resulting from a transaction initiated by you. These include applying for a credit card or completing an application at a financial institution. Please note that the inquiries are part of your credit history and may be included in our reports to others.

| Date | Customer ID | Name | | Consumer Contact | Dispute Date |
|------|-------------|------|--|------------------|--------------|
| 01/31/2018 | 3376 | Niswi/Amplify Funding | | 20830 N. Tatum Blvd, Suite 115<br>Phoenix, AZ 85050<br>480-550-8178<br>Info@soaren-management.com | |

**PROMOTIONAL INQUIRIES**
The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.



**ACCOUNT REVIEW INQUIRIES**
The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

# EXHIBIT M
## Domain Registration Records for Arrow One

```
Registered through: GoDaddy.com, LLC (http://www.godaddy.com)
   Domain Name: ARROWONELENDING.COM
      Created on: 03-Jan-13
      Expires on: 03-Jan-15
      Last Updated on: 03-Jan-13

   Registrant:
   Rare Moon Media
   4551 W 107th St
   Suite 250
   Overland Park, Kansas 66207
   United States

   Administrative Contact:
      Shaffer, Jeremy  david@summitkc.com
      Rare Moon Media
      4551 W 107th St
      Suite 250
      Overland Park, Kansas 66207
      United States
      +1.9139518361

   Technical Contact:
      Shaffer, Jeremy  david@summitkc.com
      Rare Moon Media
      4551 W 107th St
      Suite 250
      Overland Park, Kansas 66207
      United States
      +1.9139518361

   Domain servers in listed order:
      NS37.DOMAINCONTROL.COM
      NS38.DOMAINCONTROL.COM
```

# EXHIBIT N
## Rare Moon's 2016 Annual Report

**Limited Liability Company Annual Report**

1. LLC Name: RARE MOON MEDIA, LLC
2. Business Entity ID No.: 6427686
3. Tax Closing Date: December  2016
4. State of Organization: KS
5. Official Mailing Address:
    8900 Indian Creek Pkwy Suite 300, Overland Park KS 66210

6. Members who own 5% or more of capital (Kansas LLCs only):

    Jeremey D. Shaffer, Trustee - 11214 Renner Blvd  Lenexa, KS 66219

Federal Employer Identification Number (FEIN): 0272544675

"I declare under penalty of perjury pursuant to the laws of the state of Kansas that the foregoing is true and correct."

Executed on April 05 2017

Signature of Member: Jeremy Shaffer



Electronic File Stamp
Information:

Filed

* Date: 04/05/2017
* Time: 02:09:54 PM

**EXHIBIT O**
**Blue Dart's Website Screenshot, May 31, 2020**

5/31/2020                                    Team | bluedart



ABOUT        JOBS        SERVICES        CLIENTS        CONTACT



OUR
TEAM

The 'About Us' paragraph doesn't give justice to the amazing minds
and talent that power BlueDart .

Meet the faces behind the emails and phone numbers.



OUR
Leadership
TEAM



Steve Mitchem       DeWayne Bridges     Steve St. Arnold    Jeremy Shaffer     Josh Mitchem
Owner               Co-owner            President           EVP, Business      COO
                                                            Development

# EXHIBIT P
## Better Business Bureau® Report on Blue Dart



# EXHIBIT Q
## LinkedIn Resume of Bethanie White

**Linked in**      Join now    Sign in

Bethanie White



## Bethanie White

Director of Marketing at Blue Dart Ventures, LLC

Kansas City, Missouri · 500+ connections

Join to Connect

· · ·

 **Blue Dart Ventures, LLC**

 **University of Kansas**

 Websites

## About

Personally, I strive to grow in the marketing field and develop my skills on a daily basis. I am team and detail-oriented and strive to make every decision one that is made with integrity.

Energetic and driven, I thrive when I have multiple irons in the fire and a fun team to work with.

Knowledge Base:
Mobile Marketing
Pay-Per-Click (PPC)
Search Engine Optimization (SEO)
Social Media Marketing (SMM)
Customer Service
Project Management
Content Writing
Sales and Business Development
Lead Generation
Affiliate Marketing

# EXHIBIT Q
## LinkedIn Resume of Bethanie White

5/31/2020                                         Bethanie White – Director of Marketing – Blue Dart Ventures, LLC | LinkedIn

**Linked**in                                                              Join now      Sign in

Bethanie White

## Activity



**Veterans on the front line of the incoming cannabis industry**
Liked by Bethanie White



**Blue Key CBD**
Liked by Bethanie White



**Green Elevation aims to elevate industry, putting patient safety first**
Liked by Bethanie White

Join now to see all activity

## Experience



**Director of Marketing**
Blue Dart Ventures, LLC
Jan 2015 – Present · 5 years 5 months
Lenexa, Kansas



**Affiliate & Mobile Marketing Manager**
Rare Moon Media
Aug 2011 – Jan 2015 · 3 years 6 months
Kansas City, Missouri Area