**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**JASSID TILLMAN,**

    *Plaintiff,*

**v.**                    **Case No: 0:20-cv-61942-DPG**

**ANDREW ROBERT DUNN, et al.,**

    *Defendants.*
_____/

**NOTICE OF DISMISSAL OF ANDREW ROBERT DUNN, WILLIAM C. PRUETT, AND ERIC WELCH, WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES Andrew Robert Dunn, William C. Pruett, and Eric Welch from this action, without prejudice, effective November 6, 2020, each party to bear its own costs and attorneys' fees.

Respectfully submitted on November 6, 2020.

                                                    /s/ *Bryan J. Geiger*
                                                  Bryan J. Geiger
                                                  Florida Bar Number: 119168
                                                  Seraph Legal, P. A.
                                                  2002 E. 5th Ave., Suite 104
                                                  Tampa, FL 33605
                                                  (813) 567-1230
                                                  BGeiger@SeraphLegal.com
                                                  Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2020, a copy of the foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to all counsel of record.

                                                  /s/ *Bryan J. Geiger*
                                                  Bryan J. Geiger, Esq.
                                                  Florida Bar # 119168