| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address): TELEPHONE: | FOR COURT USE ONLY |
|---|---|
| Bryan J. Geiger, Esq.<br><br>Seraph Legal, P.A.<br>2002 E. 5th Ave., #104<br>Tampa, FL 33605<br>**ATTORNEY FOR (name):**                    . **REF:**24481 | |

| INSERT NAME OF COURT, JUDICIAL DISTRICT AND BRANCH COURT: |
|---|
| Unite States District Court<br>Southern District of Florida<br>Ft. Lauderdale Division |

**SHORT TITLE OF THE CASE:** Tillman vs. Dunn, et al.

| DATE: | TIME: | DEP. | /DIV. | CASE No:<br>0:20-cv-61942-DPG |
|---|---|---|---|---|

# NOT FOUND OR NON SERVICE RETURN

1.   I, THE UNDERSIGNED AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION, ATTEMPTED TO SERVE THE FOLLOWING:
     Summons

     First Amended Complaint and Jury Trial Demand

2.   AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTAS AT THE:

     BUSINESS ADDRESS: 3109 W. Temple St., Los Angeles, CA 90026

     HOME ADDRESS:

3.   I HAVE BEEN UNABLE TO MAKE DELIVERY OF SAID PROCESS ON THE WITHIN NAMED:
     Creditserve, Inc.

4.   PROCESS IS BEING RETURNED WITHOUT SERVICE FOR THE FOLLOWING REASONS:
     Non-service: Address has been closed on all attempts. May be closed until further notice due to COVID-19
     Attempts made: 11/7/20 10:06am       11/9/20 3:15pm        11/11/20 10:29am        11/12/20 4:09pm
                    11/16/20 12:06pm

5.   PERSON ATTEMPTING SERVICE: Carlos Canas          FEE FOR SERVICE: 57.50

**WEST COAST SERVICES, INC.**
**146 N. SAN FERNANDO BLVD., STE 216**
**BURBANK, CA. 91502**
**Tel: (818) 845-5067**

**Registered California Process Server**
(1) [  ] Employee or [X] Independent
(2) **Registration No:** 4571
(3) **County:**  Los Angeles

6. [X] I declare under penalty of perjury, under the laws of the State of California, and the United States of America that the foregoing is true and correct.

**DATE:**  11/17/20                              **Signature:**