**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**Jassid Tillman,**

    *Plaintiff,*

v.                                             Case No:        0:20-cv-61942-DPG

**Niizhwaaswi, LLC, et al.,**

    *Defendants*.

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**
**ARROW ONE ONLY**

In accordance with Local Rule 16.4, Plaintiff hereby provides notice that Plaintiff and Defendant Arrow One have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Arrow One from this case with prejudice.

Nothing herein affects Plaintiff's outstanding claims against Defendants Niizhwaaswi, LLC, Niswi, LLC, LDF Holdings, LLC, RBC Servicing, LLC, or Skytrail Servicing Group, LLC.

Respectfully submitted on December 3, 2020.

                                                  /s/ *Bryan J. Geiger*
                                                Bryan J. Geiger
                                                Florida Bar Number: 119168
                                                Seraph Legal, P. A.
                                                1614 N. 19th St.
                                                Tampa, FL 33605
                                                (813) 321-2348
                                                BGeiger@SeraphLegal.com
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2020, a copy of the foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice and/or email to the following recipients:

**Zachary S. Foster & Christian C. Burden**
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602
chris.burden@quarles.com
zachary.foster@quarles.com
Attorneys for Arrow One

**Dominic A. Isgro & Dale R. Sisco**
Sisco Law
Florida Bar No. 559679
1110 N. Florida Avenue
Tampa, FL 33602
disgro@sisco-law.com
dsisco@sisco-law.com
Attorneys for RBC Servicing, LLC and Skytrail Servicing Group, LLC

**Shilee T. Mullin**
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
smullin@spencerfane.com
Attorneys for Niizhwaaswi, LLC, Niswi, LLC, & LDF Holdings, LLC

/s/ *Bryan J. Geiger*
Bryan J. Geiger, Esq.
Florida Bar # 119168