**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**JASSID TILLMAN,**

    *Plaintiff,*

**v.**                                    **Case No: 0:20-cv-61942-AMC**

**ANDREW ROBERT DUNN, et al.,**

    *Defendants.*

_____/

## NOTICE OF DISMISSAL OF CREDITSERVE, INC. AND PINNACLE ACQUISITIONS, LLC, WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES Defendants Pinnacle Acquisitions, LLC and CreditServe, Inc. from this action, without prejudice, effective December 10, 2020, each party to bear its own costs and attorneys' fees.

Nothing herein affects Plaintiff's outstanding claims against Defendants Niizhwaaswi, LLC, Niswi, LLC, LDF Holdings, LLC, RBC Servicing, LLC, Skytrail Servicing Group, LLC, or Arrow One ("Arrow One").

Respectfully submitted on December 10, 2020.

                                                       /s/ *Bryan J. Geiger*
                                                       Bryan J. Geiger
                                                       Florida Bar Number: 119168
                                                       Seraph Legal, P. A.
                                                       1614 N. 19th St.
                                                       Tampa, FL 33605
                                                       (813) 567-1230
                                                       BGeiger@SeraphLegal.com
                                                       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 10, 2020, a copy of the foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice and/or email to the following recipients:

**Zachary S. Foster & Christian C. Burden**
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602
chris.burden@quarles.com
zachary.foster@quarles.com
Attorneys for Arrow One

**Dominic A. Isgro & Dale R. Sisco**
Sisco Law
Florida Bar No. 559679
1110 N. Florida Avenue
Tampa, FL 33602
disgro@sisco-law.com
dsisco@sisco-law.com
Attorneys for RBC Servicing, LLC and Skytrail Servicing Group, LLC

**Shilee T. Mullin**
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
smullin@spencerfane.com
Attorneys for Niizhwaaswi, LLC, Niswi, LLC, & LDF Holdings, LLC

                                        /s/ *Bryan J. Geiger*
                                        Bryan J. Geiger, Esq.
                                        Florida Bar # 119168