**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**JASSID TILLMAN,**

    *Plaintiff,*

**v.**　　　　　　　　　　　　　　**Case No: 0:20-cv-61942-AMC**

**ANDREW ROBERT DUNN, et al.,**

    *Defendants.*
_____/

## NOTICE OF DISMISSAL OF NISWI, LLC AND NIIZHWAASWI, LLC, WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES Counts III and IV of the Amended Complaint (Doc. # 11), as well as Defendants NISWI, LLC and NIIZHWAASWI, LLC from this action, without prejudice, effective December 17, 2020, each party to bear its own costs and attorneys' fees.

Nothing herein affects Plaintiff's outstanding claims against Defendants RBC Servicing, LLC, or Arrow One.

Respectfully submitted on December 17, 2020.

                                              /s/ *Bryan J. Geiger*
                                              Bryan J. Geiger
                                              Florida Bar Number: 119168
                                              Seraph Legal, P. A.
                                              1614 N. 19th St.
                                              Tampa, FL 33605
                                              (813) 567-1230
                                              BGeiger@SeraphLegal.com
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2020, a copy of the foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice and/or email to the following recipients:

**Zachary S. Foster & Christian C. Burden**
Quarles & Brady LLP
101 East Kennedy Boulevard, Suite 3400
Tampa, Florida 33602
chris.burden@quarles.com
zachary.foster@quarles.com
Attorneys for Arrow One

**Dominic A. Isgro & Dale R. Sisco**
Sisco Law
Florida Bar No. 559679
1110 N. Florida Avenue
Tampa, FL 33602
disgro@sisco-law.com
dsisco@sisco-law.com
Attorneys for RBC Servicing, LLC and Skytrail Servicing Group, LLC

**Shilee T. Mullin**
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
smullin@spencerfane.com
Attorneys for Niizhwaaswi, LLC, Niswi, LLC, & LDF Holdings, LLC

/s/ *Bryan J. Geiger*
Bryan J. Geiger, Esq.
Florida Bar # 119168